No. 1352. Mallen, Plaintiff and Respondent, *v.* Vidal, now his Succession, Defendant and Appellant.—*Litis expensas.* Ponce. June 14, 1915. *Appeal dismissed.*

No. 844. Acevedo, Petitioner and Respondent, *v.* López, Contestant and Appellant.—Administration. Aguadilla. June 14, 1915. *Appeal dismissed.*

No. 836. The People, Plaintiff and Respondent, *v.* Borges, Defendant and Appellant.—Aggravated assault and battery. Humacao. June 14, 1915. *Judgment affirmed.*

No. 878. The People, Plaintiff and Respondent, *v.* Bernardini, Defendant and Appellant.—False representation. San Juan, Section 2. June 15, 1915. *Appeal dismissed.*

No. 846. The People, Plaintiff and Respondent, *v.* Félix, Defendant and Appellant.—Aggravated assault and battery. Humacao. June 21, 1915. *Judgment affirmed.*

No. 832. The People, Plaintiff and Respondent, *v.* Souffront, Defendant and Appellant.—Slander. San Juan, Section 2. June 22, 1915. *Judgment affirmed.*

No. 1360. Maldonado, Plaintiff and Respondent, *v.* Faura, Defendant and Appellant.—Performance of contract. Humacao. June 22, 1915. *Appeal dismissed.*

No. 150. Martínez, Petitioner, *v.* Soto Nussa, Judge of the District Court of Aguadilla, Respondent.—*Certiorari.* June 23, 1915. *Petition denied.*

No. 838. The People, Plaintiff and Respondent, *v.* González, Defendant and Appellant.—Aggravated assault and battery. San Juan, Section 2. June 26, 1915. *Judgment affirmed.*